UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case Number: 12-20457
        Honorable Thomas L. Ludington

DEMARCUS JAMMAL GOSS,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO COUNT 1, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

A plea hearing was conducted on October 25, 2012, by United States Magistrate Judge Charles E. Binder pursuant to Defendant's consent. The magistrate judge issued his report that day, recommending that this Court accept Defendant's plea of guilty as to Count 1 of the indictment. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 17, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty as to Count 1 of the indictment is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 15, is taken **UNDER ADVISEMENT**.

Dated: November 14, 2012                                s/Thomas L. Ludington
                                                                             THOMAS L. LUDINGTON
                                                                             United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 14, 2012.

                                        s/Tracy A. Jacobs
                                        TRACY A. JACOBS